DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## PETITION TO REHEAR

| Stein v. Asheville City Bd. of Educ.<br><br>Case below:<br>360 N.C. 321 | No. 128A05 | Plts' Petition for Rehearing | Denied<br>(06/29/06)<br><br>**Timmons-Goodson, J., Recused** |